IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| HENDERSON SPECIALTIES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:09CV00474- SWW |
| | * | |
| TOTAL ENERGY CORP., | * | |
| | * | |
| Defendant. | * | |

**Order**

Before the Court is Total Energy Corporation's motion for an extension of the discovery deadline. The motion [docket entry 55] is granted. The discovery deadline is September 30, 2010, and the deadline for filing dispositive motions is October 29, 2010. Any party opposing a motion for summary judgment must file a response within fourteen days from the date of service of the motion. Any reply to a response to a motion for summary judgment must be filed within seven days from the date of service of the response.

SO ORDERED this 24th day of August, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE