IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| HENDERSON SPECIALTIES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:09CV00474- SWW |
| | * |
| TOTAL ENERGY CORP., | * |
| | * |
| Defendant. | * |

**Order of Dismissal**

Pursuant to the stipulation filed by the parties that this matter has been compromised and settled and that this action and any and all cross claims, third-party claims, and counterclaims should be dismissed,

IT IS THEREFORE ORDERED that the plaintiff's complaint and cross claims hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the counterclaims and third-party claims of separate defendant Total Energy Corp., and the cross claims of Hartford Steam Boiler Inspection and Insurance Company of Connecticut hereby are dismissed with prejudice.

Each party will bear its own fees and costs.

DATED this 9th day of February, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE